# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SCOTT LEE, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 7:13-cv-01288-RDP |
| } | |
| COMCAST CABLE } | |
| COMMUNICATIONS, INC., et al., } | |
| } | |
| Defendants. } | |

## MEMORANDUM OPINION

On July 15, 2015, the Magistrate Judge's Report and Recommendation (Doc. # 22) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the Motion to Compel Arbitration (Doc. # 12) be **GRANTED**. However, rather than stay this action pending arbitration, this court will dismiss the action with leave to reopen for the purpose of enforcing the arbitration award, if necessary.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this July 31, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE