IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SCOTT LEE, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 7:13-cv-01288-RDP |
| } | |
| COMCAST CABLE } | |
| COMMUNICATIONS, INC., et al., } | |
| } | |
| Defendants. } | |

### ORDER OF DISMISSAL

In accordance with the memorandum opinion entered contemporaneously, Defendants' Motion to Compel Arbitration and Stay Action (Doc. # 12) is **GRANTED IN PART**. It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**[1] to the right of the prevailing party to enforce any arbitration award.

The parties shall bear their own costs herein.

**DONE** and **ORDERED** this July 31, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] *See, e.g., Green Tree Fin. Corp. v. Randolph*, 531 U.S. 79, 87 n. 2 (2000).